UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HANFORD PLAZA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:21-cv-00546-AWI-HBK<br><br>ORDER DIRECTING CLERK TO CLOSE CASE BASED ON NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(i)<br><br>(Doc. No. 8) |

On June 16, 2021, Plaintiff filed a Notice of Voluntary Dismissal, with prejudice, citing Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 8). The Notice further states that each party shall bear his or its own costs and attorneys' expenses. (*Id.* at 2). Rule 41(a)(1)(A)(i) permits a plaintiff to voluntary dismiss an action without a court order before a party has answered or moved for summary judgment. *Id.* Defendants have not filed an answer nor otherwise moved for summary judgment. (*See* docket).

Accordingly, it is **ORDERED**:

The Clerk shall note Plaintiff's Notice of Voluntary Dismissal, with prejudice, of the above action in its entirety under Fed. R. Civ. P. 41(a)(1)(A)(i) and close this case.

IT IS SO ORDERED.

Dated: <u>June 18, 2021</u>

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE